**MAYHEW v. HOWELL**

[330 N.C. 113 (1991)]

ROGER STEVEN MAYHEW, EMPLOYEE-PLAINTIFF v. CHARLES JERRY HOWELL AND RONNIE C. CRAVEN, NON-INSURED EMPLOYER, AND/OR RYAN HOMES, INC., EMPLOYER, AND HOME INDEMNITY COMPANY, CARRIER, DEFENDANTS

No. 181A91

(Filed 3 October 1991)

APPEAL of right by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 102 N.C. App. 269, 401 S.E.2d 831 (1991), affirming the Opinion and Award of the Industrial Commission entered 7 February 1990. Heard in the Supreme Court 11 September 1991.

*Harkey, Fletcher, Lambeth & Nystrom, by Philip D. Lambeth,* for plaintiff-appellant.

*Hedrick, Eatmon, Gardner & Kincheloe, by Mika Z. Savir,* for defendant-appellees Ryan Homes and Home Indemnity Company.

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.